433 A.2d 529

Commonwealth v. Leatherbury, Appellant.

Submitted June 13, 1980.   Timothy A. Crawford, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.

433 A.2d 529

Commonwealth v. Lewis, Appellant.

Submitted November 14, 1980.   Paulette J. Balogh, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.